UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In re:

| | |
|---|---|
| SUBPOENA *DUCES TECUM* SERVED ON THE OFFICE OF THE COMPTROLLER OF THE CURRENCY | : : : : : |
| This motion relates to CV 05-1504-PHX-NVW pending in the United States District Court for the District of Arizona which is captioned: | : : : : |
| CYNTHIA L. JANOS, | : : |
| Plaintiff, | : : |
| v. | : Misc. No. 05-0525 (ESH) |
| WELLS FARGO BANK. NATIONAL ASSOCIATION, | : : : |
| Defendant. | : : |

**ORDER**

Pursuant to Local Civil Rule 72.2(a), it is hereby

**ORDERED** this matter is referred to Magistrate Judge Deborah Robinson for determination of Plaintiff's Motion to Compel Compliance with Subpoena *Duces Tecum* . On any filing related to this matter, the parties shall place the initials of Judge Ellen Segal Huvelle and the initials of Magistrate Judge Deborah Robinson following the case number in the caption.

**SO ORDERED.**

                                           s/
                                    ELLEN SEGAL HUVELLE
                                    United States District Judge

Date:  January 6, 2006

**Copies to:**

**Magistrate Judge Deborach Robinson**
**United States District Court**
  **for the District of Columbia**
**E. Barrett Prettyman Courthouse**
**Room 1426**
**333 Constitution Avenue, N.W.**
**Washington, DC 20001**