FILED

APR 0 6 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In re                                      )
                                           )   Misc. No. 05-0525 (ESH/DAR)
SUBPOENA DUCES TECUM SERVED )
ON THE OFFICE OF THE                       )   (U.S. District Court, District of
COMPTROLLER OF THE CURRENCY)                   Arizona, CV 05-1504 PHX NVW,
                                           )   Janos v. Wells Fargo Bank)

NOTICE OF WITHDRAWAL OF MOTION
TO ENFORCE SUBPOENA DUCES TECUM

The Moving Party Cynthia Janos withdraws her motion for the enforcement of the Subpoena Duces Tecum that she served on the Office of the Comptroller of the Currency for the reason that it sought evidence for her Arizona action against the Wells Fargo Bank and that action has been dismissed.

Respectfully submitted on April 3, 2006.

_____
Philip J. Shea

Copy mailed on April 3, 2006, to:

Kenneth L. Wainstein
R. Craig Lawrence
Laurie Weinstein
Assistant U.S. Attorneys
555 4th Street NW Room E4820
Washington, D.C. 20530

_____